PROB 12C - (Rev. D/NM-8/2014) 1142901

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEW MEXICO**

**Amended Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Lorenzo Lopez |
| Docket Number: | 1084 2:18CR02868 -001KG |
| Assigned Judge: | Honorable Kenneth J. Gonzalez, United States District Judge |
| Date of Original Sentence: | 03/21/2016 |
| Original Offense: | 21 U.S.C. 846, 21 U.S.C. 841(b)(1)(A): Conspiracy to Possess with Intent to Distribute Methamphetamine |
| Original Sentence: | BOP: 57 months; TSR: 3 years |
| Date Supervision Commenced: | 08/08/2018 |
| Date Supervision Expires: | 08/07/2021 |
| Other Court Action: | 08/28/2018: Report on Offender Under Supervision for admitted use of cocaine. No Court Action.<br><br>08/31/2018: Transfer of Jurisdiction from the Western District of Kentucky to the District of New Mexico.<br><br>11/30/2018: Request for Modifying the Conditions or Term of Supervision with the Consent of the Offender to add location monitoring for 3 months under the curfew component due to the defendant being accused of cockfighting and consuming alcohol and cocaine.<br><br>04/09/2020: Report on Offender Under Supervision for cocaine consumption, failure to attend substance abuse treatment and failure to report law enforcement contact. No Court Action.<br><br>09/04/2020: Petition to Revoke Supervised Release for traveling to Mexico without permission, failing to notify of law enforcement contact within 72 hours and failing to appear for a drug test. Summons requested. |

---

**PETITIONING THE COURT**

To issue a warrant.

U.S. Probation Officer of the Court, Ana Borjon, alleges the offender has violated the following condition(s) of supervised release.

| ***Violation Type*** | ***Nature of Noncompliance*** |
|---|---|
| SC | The defendant shall not leave the judicial district without the permission of the court or probation officer. |

On August 26, 2020, the defendant was detained by the United States Border Patrol in El Paso, Texas, for suspicion of illegal alien smuggling. The defendant did not have permission from the United States Probation Office or the Court to travel to Texas.

SC The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On February 1, 2020, the defendant was cited by Otero County Sheriff's Department for Driving While Suspended and Concealing Identity. He failed to notify this United States Probation Officer Ana Borjon within 72 hours of his contact with law enforcement.

SPC The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the Probation Office's cost of services rendered based on his ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding scale fee.

On August 7, 2020, the defendant failed to appear for his scheduled drug test at La Clinica de Familia, in Anthony, New Mexico. He was directed to make up his drug test on August 27, 2020. He failed to appear as instructed.

SC **NEW VIOLATION:**

The defendant shall not leave the judicial district without the permission of the court or probation officer.

On September 23, 2020, October 6, 16 and 28, 2020 and November 18, 2020, the defendant travelled into Mexico and re-entered the United States via the Ysleta Port of Entry. The defendant did not have permission from the United States Probation Office or the Court to travel to Mexico.

The maximum statutory penalty: 5 years imprisonment; 5 years supervised release.
The revocation range of imprisonment: 3 to 9 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/09/2020.

Submitted: Approved: ☒ E-mail Approval

Ana Borjon
Ana Borjon
U.S. Probation Officer
Cell #: 575-420-9236

Aaron O. Jordan
Assistant U.S. Attorney

Date: 12/08/2020